| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) DELGADO-COLON, AIDA M. | 2. Court or Organization DISTRICT COURT OF PUERTO RICO | 3. Date of Report 05/13/2009 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ARTICLE III (ACTIVE) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address CH 111, FEDERAL BUILDING 150 CHARDON AVENUE SAN JUAN PR 00918 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

2009 MAY 15 AM 11:30 RECEIVED FINANCIAL DISCLOSURE OFFICE

Delgado-Colon_Aida_M

| Name of Person Reporting | Date of Report |
|---|---|
| DELGADO-COLON, AIDA M. | 05/13/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELGADO-COLON, AIDA M. | 05/13/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELGADO-COLON, AIDA M. | 05/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt fr prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div. rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Caribe Federal Credit Union | A | Dividend | K | T | | | | | |
| 2. IRA - Coop. Seguros de Vida (Annuity Contract) | B | Interest | K | T | | 8/08 | | | Transf. to Universal Group |
| 3. Fidelity Investment Asset Manager | A | Dividend | J | T | | | | | |
| 4. Opportunity Funds/Wells Fargo Adv. Funds (Prev. Strong) | C | Dividend | J | T | | | | | |
| 5. Oriental Bank - Investors IRA "Cash Equivalent" | A | Dividend | J | T | | 9/08 | | | Transf. to Universal Group |
| 6. Oriental Bank - CD IRA "Cash Equivalent" | A | Interest | J | T | | | | | |
| 7. Equitable: Alliance Common Stock/Mercury basic | | None | J | T | | | | | |
| 8. Banco Popular-6 (CD) IRAS | A | Interest | | | "pt" | 11/06 | K | | Transferred to Mass Mutual |
| 9. Coop. Ahorro y Credito/Value Equity | A | Interest | K | T | | | | | |
| 10. Banco Popular-CD | A | Interest | K | T | | | | | |
| 11. Real Estate Property #1 (12.5% Interest) | | None | M | Q | | | | | See note in Part VIII |
| 12. Real Estate Property#2 (12.5% Interest) | | None | M | Q | | | | | See note in Part VIII |
| 13. Interst in Business (12.5%) | | None | M | W | | | | | |
| 14. Oriental Bank Trust-CD-IRA "Cash Equivalent" | A | Interest | J | T | | | | | |
| 15. Annuity (Mass Mutual) | | None | L | T | | | | | |
| 16. Bco. Popular-CD IRA | A | Interest | J | T | | 4/09 | | | Transf. to Universal Group |
| 17. Universal Group, Inc.-IRA (Variable Investment Annuity | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELGADO-COLON, AIDA M. | 05/13/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Caribe Federal Credit Union; San Juan, P.R. (Cash on hand).

2. IRA is composed of funds invested in values or bonds issued by the Commonwealth of Puerto Rico.

3. Fidelity Asset Manager - On the equity portion (54.4%) of the portfoloio it invests in approximately 1,847 different stocks. A 31.3% of the portfoloio is invested in bonds of which an even distribution (50%) is allocated between U.S. bonds and different corporation. A 14.3% is invested in money market.

4. The funds now managed by Wells Fargo, Advantage Funds were previously managed by Strong Funds. The transfer of brokerage results from a company merge. The Opportunity Funds are invested primarily in mid-size companies, blending the type of investment (Ex: Value & Growth).

5. Investors IRA, Oriental Bank and Trust. Rollover done September 5, 2008. Transferred to Item #17.

6. Investors IRA, Oriental Bank and Trust. (Previous year had been reported as an "investors IRA" when actually a "CD" IRA).

7. Equitable Life Insurance: (Flexible Premium Life Insurance Incentive Life; composed of Alliance Common Stock and Alliance Money Market.

8. Banco Popular de P.R. - accounts are at a fixed interest and are not invested in market. Amount transferred to open an Annuity with Mass Mutual in 11/6/2006 now reported at 15 below.

9. In late 2001 or early 2002, I found out that ▮▮▮▮ had opened this savings account under my name. Thus, it was reported in the AO-10 financial reports of 2002-2004. (Upon ▮▮▮▮ death on January 20, 2003, said funds were transferred under the estate and/or ▮▮▮▮ name).

10. CD Account, Banco Popular de P.R. I appear as co-signer/co-owner.

11. Real Estate Property No. 1 - Residential Property: (12.5% Interest) Puerto Rico. Appraisal date: August 6, 2003.

12. Real Estate Property No. 2 - ▮▮▮▮ land: (12.5% Interest) Puerto Rico. Appraisal date: August 6, 2003.

13. Centro Agricola (Agricultural Center). My interest of participation amounts to a 12.5%. Have no participation in daily operation of the business or managerial decisions. No income or benefis are being received.

14. Oriental Bank Trust - CD IRA account opened 5/19/05 includes amounts rolled over from item #11 within the 2005 Report.

15. Funds from CD IRAs at Banco Popular (listed at #8) transferred/converted into an Annuity with Mass Mutual. Transaction: November, 2006.

16. Banco Popular de P.R. - CD IRA account opened in April, 2006. Rollover done April 20, 2009. Transferred to Item #17.

17. Variable Investment Annuity - IRA account opened on April 11, 2008 with Universal Group, Inc. IRA accounts previously reported at items #2, #5 and #16. Consists of investments in mutual funds, with values that fluctuate with the market. No income was generated for relevant period (April, 2008 - April, 2009).

| Name of Person Reporting | Date of Report |
|---|---|
| DELGADO-COLON, AIDA M. | 05/13/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544